IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Noel Green and Ryan Weatherby, | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 1:23-cv-01605 |
| Datanyze, LLC | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

Defendant Datanyze, LLC ("Datanyze"), hereby removes this putative class action from the Circuit Court of Cook County, Illinois to the United States District Court for the Northern District of Illinois, Eastern Division. In this action, Plaintiffs Noel Green and Ryan Weatherby bring claims on behalf of themselves and a putative class. Ex. A, Compl. ¶ 48. Green and Weatherby allege Defendants violated the Illinois Right of Publicity Act ("IRPA"), 765 ILCS § 1075/30, et seq. Ex. A, Compl. ¶¶ 1, 56–62. This Court has jurisdiction under the Class Action Fairness Act ("CAFA") because minimal diversity exists and the amount in controversy exceeds $5 million. *See* 28 U.S.C. §§ 1441, 1446, 1332(d), and 1453(b).

**I.  Plaintiffs' Allegations**

Plaintiffs allege that Datanyze compiles Illinois citizens' identifying information into a directory of profiles and offers access to those profiles through a free trial of its product. Ex. A., Compl. ¶¶ 9, 21. Plaintiffs claim that Datanyze violated IRPA by using Class Members' identities for commercial purposes without first obtaining written consent. *Id.* ¶ 58. Plaintiffs allege that, as a result, they were denied their right to control how their identities are used and suffered emotional distress. *Id.* ¶ 61.

II.     **Grounds for Removal**

Under CAFA, this Court has jurisdiction over putative class actions in which (A) minimal diversity exists; and (B) the amount in controversy exceeds $5 million. *See* 28 U.S.C. §§ 1332(d)(1)(B) (defining "class action" to include state law class actions); 1332(d)(2) (granting district courts original jurisdiction over purported class actions in which the amount in controversy exceeds $5 million and "any member of a class of plaintiffs is a citizen of a State different from any defendant").

Minimal diversity exists because at least one "member of a class of plaintiffs is a citizen of a State different from any defendant." 28 U.S.C. § 1332(d)(2). Here, Plaintiffs allege they are citizens of Illinois. Ex. A, Compl. ¶¶ 7–8. Under CAFA, an unincorporated association—including a limited liability corporation such as Datanyze—"shall be deemed to be a citizen of the State where it has its principal place of business and the State under whose laws it is organized." 28 U.S.C. § 1332(d)(10). Datanyze is incorporated in Delaware, and its principal place of business is Durham, North Carolina. Ex. A, Compl. ¶ 9.

The amount in controversy "exceeds the sum or value of $5,000,000, exclusive of interest and costs." 28 U.S.C. § 1446(b). Under CAFA, defendants need only show that there is a "reasonable probability that the stakes exceed" $5 million. *Brill v. Countrywide Home Loans, Inc.*, 427 F.3d 446, 448 (7th Cir. 2005). The amount in controversy "is a pleading requirement, not a demand for proof." *Blomberg v. Serv. Corp. Int'l*, 639 F.3d 761, 763 (7th Cir. 2011) "[O]nce the proponent of federal jurisdiction has explained plausibly how the stakes exceed $5,000,000, the case belongs in federal court unless it is legally impossible for the plaintiff to recover that much." *Id.* at 764.

The putative class in this case is comprised of "[a]ll current and former Illinois residents who are not subscribers to Datanyze's platform and whose identity is incorporated in employee

profiles used to market paid subscriptions for the platform." Ex. A, Compl. ¶ 49. The complaint alleges Plaintiffs reasonably believe the class comprises of "thousands of current former and Illinois citizens," and that "[t]he exact number of persons in the class can be determined from records maintained by Datanyze[.]" *Id.* ¶ 50. It further alleges that Datanyze's platform contains over "120 million people profiled[.]" *Id.* ¶ 17. Plaintiffs claim they, as well as all other class members, are entitled to (i) statutory damages of up to $1,000 or (ii) the sum of "actual damages" and "profits derived from the unauthorized use" for each violation of the statute, whichever is greater. *Id.* ¶ 60; 765 ILCS § 1075/40. The complaint also contemplates punitive damages, costs and attorneys' fees, and injunctive and declaratory relief. Ex. A, Compl. ¶ 6, 60.

According to Plaintiffs' allegations and proposed class definition, if Datanyze made data available for at least 5,001 current or former Illinois citizens, then the $5 million threshold is crossed from statutory damages alone. Based on the information available to it, over 5,000 individuals will be at issue, and accordingly the amount in controversy exceeds $5 million. Ex. B, Aff. of B. Tucker. Additionally, Plaintiffs seek both punitive damages and attorneys' fees, Ex. A, Compl. ¶ 62. These could exceed actual or statutory damages awards and can be aggregated to meet the amount in controversy threshold. *See Roppo v. Travelers Commer. Ins. Co.*, 869 F.3d 568, 582 (7th Cir. 2017) ("[Plaintiff] also seeks punitive damages, which factor into the amount-in-controversy calculation"). Therefore, this action satisfies CAFA's amount-in-controversy requirement. Ex. A, Compl. ¶¶ 60, 62; *see also Blomberg*, 639 F.3d at 763 (7th Cir. 2011) ("A good-faith estimate is acceptable if it is plausible and adequately supported by the evidence[.]").

Finally, the procedural requirements for removal have been satisfied. The notice is timely because it was filed within 30 days of service, which was on February 13, 2023. 28

U.S.C. § 1446(b); Ex. A, Compl. PDF pg. 1. The deadline to file this notice is thus March 15, 2023. Datanyze provided written notice of this notice to counsel for Green and Weatherby, and it has filed a copy of this notice with the clerk of the Circuit Court of Cook County. 28 U.S.C. § 1446(d).

Dated: March 14, 2023                                           Respectfully submitted,

/s/ Martin L. Roth

Martin L. Roth
William E. Arnault
Rachel B. Haig
Kate Walling

Kirkland & Ellis LLP
300 N. LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Fax: (312) 862-2200
rothm@kirkland.com
warnault@kirkland.com
rachel.haig@kirkland.com
kate.walling@kirkland.com

*Attorneys for Datanyze, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on March 14, 2023 the foregoing document was filed using the CM/ECF system and I caused the foregoing document to be transmitted via electronic mail and U.S. mail to the following:

    Patrick J. Solberg
    ANDERSON + WANCA
    3701 W. Algonquin Rd. Ste 500
    Rolling Meadows, IL 60008
    psolberg@andersonwanca.com


Dated: March 14, 2023                                      Respectfully submitted,

                                                                /s/ Martin L. Roth